MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CABN 194542)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7205
    Fax: (415) 436-7234
    E-Mail: chinhayi.cadet@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL KELLY, ) <br> ) <br> Defendant. ) <br> ) | No. CR 3-11-71304 JCS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT |

    Defendant Michael Kelly and the government, through undersigned counsel, STIPULATE to the exclusion of time under the Speedy Trial Act as to Defendant Michael Kelly from November 29, 2011 up to and including December 13, 2011, the date by which Defendant is ordered to appear before the duty magistrate in the Southern District of New York in this matter. The parties appeared before the Honorable Joseph C. Spero on November 29, 2011 for a detention hearing in this matter. Defendant Michael Kelly was present with his attorney, Kenneth Wine. Defendant and the government agreed to set a date of December 13, 2011 by which Defendant is to appear before the duty Magistrate Judge in the Southern District of New York in this matter, and requested that time be excluded under the Speedy Trial Act from November 29, 2011 through December 13, 2011 for transportation of Defendant to another

STIPULATION; ORDER
CR 3-11-71304 JCS

district, continuity of defense counsel, and effective preparation of defense counsel.

Dated: November 30, 2011
                                     /s/
KENNETH WINE
Attorney for Defendant

Dated: November 30, 2011        MELINDA HAAG
United States Attorney

                                     /s/
CHINHAYI COLEMAN CADET
Assistant United States Attorney

Based upon the above stipulation, and for good cause appearing, THE COURT ORDERS THAT:

      1.      Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 from November 29, 2011 up to and including December 13, 2011 for transportation of the defendant to another district, continuity of defense counsel, and effective preparation of defense counsel. Failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel and the time necessary for effective preparation, taking into account the exercise of due diligence.

      2.      Given these circumstances, the Court finds that the ends of justice served by excluding the period from November 29, 2011 up to and including December 13, 2011 outweigh the best interest of the public and the defendant in a speedy trial. 19 U.S.C. § 3161(h)(7)(A).

      3.      Accordingly, and with the consent of the defendant, the Court orders that the period from November 29, 2011 up to and including December 13, 2011 be excluded from the Speedy Trial Act calculations as to Defendant Michael Kelly under 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(7)(A), 3161(h)(7)(B)(iv).

Dated: ~~November~~ December 1, 2011

                                                                          
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge